**Order entered February 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01478-CR

**BRENDA KAY COOK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82135-2017**

## ORDER

The reporter's record was December 30, 2018. On January 2, 2019, we notified court reporter Indu Bailey that it was overdue and directed her to file (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record by February 1, 2019. To date, we have had no communication from Ms. Bailey, and the reporter's record has not been filed.

We **ORDER** the complete reporter's record filed within **FOURTEEN DAYS** of the date of this order. We caution Ms. Bailey that the failure to do so will result in the Court taking whatever remedies it has available to ensure that this appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; Indu Bailey, official court reporter, 219th Judicial District Court; and to counsel for all parties.

/s/  ROBERT D. BURNS, III
   CHIEF JUSTICE